

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-12-00052-CV

**Bauer-Pileco, Inc.**

v.

**Harris County Appraisal District**

NO. 1124702 IN THE 125TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 10/11/2013 | E-PAID | APE |
| MT FEE | $10.00 | 10/11/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/11/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/04/2013 | E-PAID | ANT |
| MT FEE | $15.00 | 09/19/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/19/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/18/2013 | E-FILED | ADL |
| MT FEE | $15.00 | 09/18/2013 | E-FILED | ADL |
| E-TXGOV FEE | $5.00 | 08/23/2013 | E-PAID | APE |
| MT FEE | $10.00 | 08/23/2013 | E-PAID | APE |
| MT FEE | $10.00 | 11/01/2012 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 11/01/2012 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/26/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 08/21/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 08/21/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 08/11/2012 | E-PAID | APE |
| MT FEE | $10.00 | 08/02/2012 | E-PAID | APE |
| E-TXGOV FEE | $4.00 | 08/02/2012 | E-PAID | APE |
| E-TXGOV FEE | $4.00 | 06/26/2012 | E-PAID | APE |

| | | | | |
|---|---|---|---|---|
| MT FEE | $10.00 | 06/26/2012 | E-PAID | APE |
| MEDIATION FEE | $10.00 | 05/30/2012 | E-PAID | APE |
| SUPP CLK RECORD | $92.00 | 05/10/2012 | PAID | APE |
| E-TXGOV FEE | $10.00 | 03/27/2012 | E-PAID | ANT |
| CLK RECORD | $236.00 | 03/05/2012 | PAID | ANT |
| RPT RECORD | $270.00 | 02/21/2012 | PAID | ANT |
| FILING | $175.00 | 01/31/2012 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $939.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this August 21, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**